**EVANS PRODUCTS COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 6866.

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1936.

Briggs G. Simpich, of Washington, D. C., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., for respondent.

Before MOORMAN, HICKS and ALLEN, Circuit Judges.

PER CURIAM.

The court being of opinion that the property on which the petitioner seeks depreciation deductions was acquired in connection with a reorganization within the meaning of sections 203 (h) (1) and 204 (a) (7) of the Revenue Act of 1924 (43 Stat. 256, 258), it is ordered that the order of the Board of Tax Appeals be affirmed for the reasons stated in the board's opinion of February 2, 1934. 29 B.T.A. 992.